UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIM GOMES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>    Defendants. | Case No. 5:18-cv-04191-EJD<br><br>**PRETRIAL ORDER (JURY)**<br><br>Re: Dkt. No. 30 |

    The above-entitled action is scheduled for a Trial Setting Conference on August 29, 2019. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

    IT IS HEREBY ORDERED that the parties the parties shall meet and confer in order to reach an agreement on an ADR process within 10 days of the date of this Order. The parties may choose to participate in the Northern District's ADR Multi-Option Program or in private ADR. The parties shall file a notice of their chosen ADR process within 14 days of this Order. The parties' deadline to complete ADR is November 1, 2019. Within one week of completing ADR, the parties shall file a joint status report to update the court on their ADR efforts and whether they believe further ADR will be productive.

    IT IS FURTHER ORDERED that following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | November 22, 2019 |

| Designation of Opening Experts with Reports | December 20, 2019 |
|---|---|
| Designation of Rebuttal Experts with Reports | January 17, 2020 |
| Expert Discovery Cutoff | February 14, 2020 |
| Dispositive Motion Deadline (*see* Section IV and V of Standing Order for Civil Cases) | March 20, 2020 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on May 28, 2020 |
| Motions *in Limine* | September 10, 2020 |
| Joint Final Pretrial Conference Statement and Exchange of Exhibits | September 17, 2020 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | September 21, 2020 |
| Final Pretrial Conference | 11:00 a.m. on October 1, 2020 |
| Trial Exhibits | October 27, 2020 |
| Jury Selection | 9:00 a.m. on November 3, 2020 |
| Jury Trial[1] | November 3, 4, 6, 10, 11, 13, 2020 |
| Jury Deliberations | November 16-18, 2020 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected

---

[1] Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:18-cv-04191-EJD
PRETRIAL ORDER (JURY)

to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: August 20, 2019

_____
EDWARD J. DAVILA
United States District Judge